# LABARBERA & ASSOCIATES P.C.
### ATTORNEYS AT LAW

111 John Street, Suite 640
New York, New York 10038
212-964-9038

June 2nd, 2025

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>Cintron v. City of New York, et al.</u>,
                Docket No.: 24-CV-6602 (PAE)

Your Honor,

      I represent Defendant New York City Police Officer Austin Hua in the above-referenced matter. I write respectfully to request that the Court deem Defendant Hua's Answer, filed on May 28, 2025, as timely filed *nunc pro tunc* (ECF Document # 22). Counsel for all parties consent to this request. This is Defendant Hua's first request for such relief, and it will not affect any other deadlines.

      The basis for this request is that the City of New York, which had been evaluating Officer Hua's request for legal representation, attempted to notify him, by letter dated April 28th, 2025, that it was declining to represent him in this action. However, the declination letter was mailed to an NYPD address to which Officer Hua was not assigned. Once the error came to light, Officer Hua was formally notified of the declination by email on May 20th, 2025. Officer Hua subsequently contacted my office seeking union representation. We promptly confirmed we could represent him and drafted and filed his answer eight days later on May 28th, 2025.

1

2

As such, we respectfully request that the Court grant Officer Hua an extension, deeming his answer, filed on May 28, 2025, timely filed. We thank the Court for its time and consideration of this matter.

Respectfully submitted,

_____/s/_____
Doug LaBarbera (DL 6212)
LaBarbera & Associates P.C.
*Attorneys for Defendant P.O. Hua*

CC: **VIA ECF**

*All parties*