**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 700
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

June 23, 2025

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
500 Pearl Street
New York, New York 10007-1312

    Re:    *Naquan Cintron v. City of New York, et al.,* 24 CV 6602 (PAE)

Your Honor:

    I represent the plaintiff in the above-referenced civil rights action. I write with defendants' consent to request that plaintiff's time to amend under the Court's Section 1983 Plan be extended by sixty days, from June 23, 2025 to August 22, 2025.

    Plaintiff makes this request because defendants are still in the process of providing plaintiff with all the necessary information for plaintiff to amend.

    This is the first request by plaintiff.

    Thank you for your consideration.

                                                                       Respectfully,

                                                                       Brett H. Klein

cc:    All Counsel (by ECF)